IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 4:19CR00600-001 |
| Plaintiff | * | |
| -vs- | * | JUDGE JAMES S. GWIN |
| KEWAN CLARK | * | |
| Defendant | * | MOTION FOR CONTINUANCE OF SENTENCING HEARING |

\* \* \*

Now comes the Defendant, Kewan Clark, by and through undersigned counsel, and respectfully moves this Court for a continuance of the sentencing presently scheduled for January 29, 2020. For cause, counsel will commence trial before Judge Tammy O'Brien in the Summit County Common Pleas Court in *State of Ohio v Jaylin Preston*, CR 2019 09 3171, on Monday, January 27, 2020. Further, counsel is also on stand by for a trial in the Jefferson County Common Pleas Court, *State of Ohio v. Tashaon Coleman*. Counsel for the government has no objection to the continuance requested herein.

WHEREFORE, Counsel respectfully requests that the sentencing scheduled for January 29, 2020, be continued and rescheduled according to the regular docket of this Court.

Respectfully submitted,

*/S/ WALTER T. MADISON*
WALTER T. MADISON #0071722
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171 - 330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

    I hereby certify that on January 24, 2020, a copy of the foregoing Motion for Continuance of Sentencing Hearing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                          */S/   WALTER T.  MADISON*
                                          WALTER T. MADISON
                                          Attorney for Defendant